**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**SHREVEPORT DIVISION**

| | |
|---|---|
| **ELVIS L. WASHINGTON** | **CIVIL ACTION NO. 09-cv-856-P** |
| **VERSUS** | **JUDGE HICKS** |
| **WEBSTER PARISH, ET AL** | **MAGISTRATE JUDGE HORNSBY** |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C.§ 1915(e).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, this the 14th day of July, 2009.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE